**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**WASEEM AHMED,**

**Appellant,**

**v.** **Case No. 26-CV-1754**

**AZHARUDDIN N. PATHAN,**

**Appellee.**

# ORDER

The appellant, Waseem Ahmed, recently filed an appeal of a United States Bankruptcy Court's Order denying his motion to amend a judgment to include attorney's fees. (ECF No. 1.) Ahmed also filed an Application to Proceed in District Court Without Prepaying Fees and Costs in the bankruptcy court. Judge Rachel M. Blise denied his request to proceed with his bankruptcy appeal in forma pauperis, but reserved his ability to seek waiver of the filing fee in the district court. (ECF No. 3 at 2.) Ahmed has renewed his Application to Proceed in District Court Without Prepaying Fees or Costs, (ECF No. 4), and this matter is now before the court. Also before the court is Ahmed's Motion for Permission to File Electronically. (ECF No. 5.)

District courts "may authorize the commencement, prosecution or defense of any suit, action or proceeding … without prepayment of fees or security therefor," provided the litigant seeking waiver of fees and costs submits an affidavit including

a statement of his assets and his belief that he is entitled to relief. 28 U.S.C. § 1915(a)(1).

Having reviewed Ahmed's affidavit, the court notes that he reports gross monthly income of $3,276.55 per month against $3,243.80 per month of expenses. (*See* ECF No. 4 at 1–2.) However, "[a] court may consider the applicant's assets, not merely his or her income, in determining the applicant's ability to pay the filing fee." *Azzun v. Kan. Dep't of Health & Env't*, No. 09-4144-SAC, 2009 U.S. Dist. LEXIS 119882, at *2–3 (D. Kan. Dec. 2, 2009). In the bankruptcy court order denying Ahmed's application, Judge Blise recommends that the district court also deny Ahmed's waiver application, noting that:

> Ahmed has a nondischargeable judgment against Pathan in the amount of $75,889.20. It is unclear whether Ahmed has yet received any payment on the judgment; however, Pathan did not timely appeal the judgment and enforcement of the judgment has not been stayed. Given the monetary judgment in his favor, the Court concludes that Ahmed has sufficient assets to pay the filing fee for the appeal.
>
> (ECF No. 3 at 2.)

The court finds this reasoning persuasive and accordingly concludes that Ahmed has sufficient assets to pay the filing fee for his appeal. The court therefore declines to exercise its discretion to allow Ahmed's appeal to proceed in forma pauperis.

**IT IS THEREFORE ORDERED** that Ahmed's Motion to Proceed in District Court without Prepaying Fees or Costs (ECF No. 4) is **denied**. If Ahmed wishes to

proceed with this action, he shall pay the filing fee within 21 days of the date of this order. Failure to do so will result in the dismissal of his appeal.

**IT IS FURTHER ORDERED** that Ahmed's Motion for Permission to File Electronically (ECF No. 5) is **granted**. *See* FRCP 5(d)(3)(B)(i); Electronic Case Filing Policies and Procedures Manual, Section I.A.1.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 7th day of October, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge